

# MARTIN
ENERGY SERVICES

## 2018 SCHEDULE OF RATES

Three Riverway, Suite 400 • Houston, TX 77056
Phone: (713) 350-6800 • Fax: (713) 350-6883

RATES APPLICABLE AT ALL MES LOCATIONS

|  | REGULAR HOURLY RATE 0600-1800 1 hour minimum | *OVERTIME HOURLY RATE* 1800-0600 2 hour minimum |
|---|---|---|
| **LABOR** | | |
| Roustabout | $ 32.00 | $ 49.00 |
| Foreman | $ 40.00 | $ 60.00 |
| Equipment Operator | $ 37.00 | $ 55.00 |
| Material Handler | $ 65.00 | $ 65.00 |
| *Limited Call out Availabilty | | |
| **EQUIPMENT** | | |
| Forklift w/Operator | $ 107.00 | $ 125.00 |
| Crane or Cherry Picker w/Operator | $ 225.00 | $ 250.00 |
| Pipe Loader (10-22K) w/Operator | $ 136.00 | $ 155.00 |
| **SPACE RENTALS** | | |
| Trailer Space and Utilities | $ 40.00 / day | |
| Trailer | Varies by facility (plus mob/demob, as incurred) | |
| Office Space | $ 4.00 / sf / month | |
| Warehouse Space | $ 1.50 / sf / month | |
| Yard Space (Not Dockside) | $ 0.45 / sf / month | |
| Yard Space (Dockside) | $ 1.50 / sf / month | |
| Dockside Space (i.e. tank cleaning) | $ 3.50 / ft / day | |
| Pipe Rack Storage | $ 25.00 / day / 10 linear foot of pipe rack | |
| Security Fee (MARSEC compliance) | $ 100.00 / day | |
| Security Service | Quoted upon Request | |

**WATER** (Rate per 1,000 gal. pumped*)        Potable
*Water supply hose/connection provided by customer

| | |
|---|---|
| 193 Dock | $15.00 |
| Amelia | $10.50 |
| Blakeley Island | $25.50 |
| Fourchon 15 & 16 | $16.00 |
| Fourchon South | $17.25 |
| Galveston | $10.50 |
| Harbor Island | $25.50 |
| Port Arthur | $15.00 |
| Theodore & Pascagoula | $10.50 |



EXHIBIT B

### DIESEL FUEL/ LUBRICANTS/ CHEMICALS

| | |
|---|---|
| Fuel | Both spot and fixed quotes available |
| Lubricants | *MIN. DELIVERY - 55 GALLONS FOR BULK LUBRICANTS* |
| | BP Castrol, Citgo, ChevronTexaco, ExxonMobil, Shell, Mega Lubricants and other major brands quoted upon request. |
| Chemicals | TEG, Methanol, Antifreeze, Marine Degreasers |

### MATERIAL HANDLING

| | |
|---|---|
| Drilling /Completion Fluids Handling | No charge if from Martin Energy Services tenant |
| For Non-Tenants of Martin Energy Services | $ 17.85 / ton dry bulk material |
| | $ 5.25 / bbl liquid bulk material |
| | 10% of list price for sack and drum chemicals |
| Cement (Sack & Bulk) Handling | No charge if from Martin Energy Services tenant |
| For Non-Tenants of Martin Energy Services | $ 17.85 / ton |
| Surcharge in addition to Handling | |
| Restocking (Mud and Cement Products) | $ 0.55 / cwt |
| Single shrink wrap | $ 17.00 / pallet |
| Double shrink wrap | $ 34.00 / pallet |
| Wrapping material | $ 11.50 / bag |
| Pallets | $ 16.25 each |
| Trash (Non-Regulated) | All Locations – $25.00 / Cubic Yard |
| | All Locations – Standard Household Bag - $25 / bag |
| | Inland Marine – Standard Household Bag - $25/bag |

### LUBRICANT/ CHEMICAL HANDLING

| | |
|---|---|
| Lubricants/Chemicals Handling | No charge if purchased from Martin Energy Services |
| For Competitors of Martin Energy Services | $ 28.00 / drum     $ 11.50 / pail     $ 113.00 / tote |
| Pallets | $ 16.25 each |
| Shrink Wrap | $ 17.00 / pallet |
| Pickup of empty Lube Drums | Quoted upon Request |

### SPECIAL SERVICES

| | |
|---|---|
| Ramp Services | $ 350.00 each way, per vehicle |
| Heavy Lifts (between 50,000lbs - 75,000lbs) | $ 1,100.00 per lift, slings not provided |
| Heavy Lifts (greater than 75,000lbs) | Rates upon request, slings not provided |
| Certified Crane Mechanical Inspector | Cost plus 15% |
| Explosive Handling | Rates upon request |
| Used Lubricants/Filter Drums | See "Used Oil/Filters Rate Schedule" |
| TWIC Compliance Facility Escort | $ 100.00 Up to 1 Hour, Foreman Hourly Rate Thereafter |

### RESPONSE SERVICES

| | |
|---|---|
| Spill Response Supervisor | $ 60.00 / hr. (85.00/hr on overtime) |
| 18" Containment Boom (up to 1000') | $ 2.36 / ft. / day |
| Protective Equipment/Spill Response | $ 61.00 / man / day |
| Response Boat | $ 61.00 / hour |

### RE-BILLS FOR MATERIALS/ STORES /SERVICES

Cost plus 15% ($15.00 minimum charge)
Cost plus 30% for industrial waste

RATES ARE SUBJECT TO REVISION WITHOUT NOTICE
EFFECTIVE DATE:  MAY 1, 2018



# MARTIN
ENERGY SERVICES

## 2018 SCHEDULE OF RATES – TOTE TANKS

Three Riverway, Suite 400 • Houston, TX 77056
Phone: (713) 350-6807 • Fax: (713) 350-6883
martinenergytotes@martinmlp.com

### RATES APPLICABLE TO ALL LOCATIONS

| | Rates |
|---|---|
| **Tote Tank Rental** | |
| Totes with Lube/Used Oil | $ 6.00  per day after 15 days |
| Totes with Fuel | $ 6.00  per day |
| Totes with Chemicals | $ 8.00  per day |
| Clean Tote for Storage | $10.00  per day |
| | |
| **Slings** | |
| Totes with Certified Slings | $ 35.00  per tank |
| Certified Slings (4 part) | $ 275.00 per set |
| Re-Certifying Slings | $ 150.00 per set |
| | |
| **Replacement cost for Totes** | **Price available upon Request** |
| | |
| **INSPECTIONS** | |
| Tote Certification (DOT Testing) | $ 250.00 per tank |
| Tote Visual Inspection | $ 90.00   each |
| Tote Certificate of Cleanliness | $ 375.00 per Certificate |
| Tote Cleaning to NAS 6 | $ 475.00 per Tank |
| | |
| **REPAIRS** | |
| All repairs | Cost plus 20% |
| | |
| **PARTS** | |
| All parts | Cost plus 20% |

RATES ARE SUBJECT TO REVISION WITHOUT NOTICE
EFFECTIVE DATE: MAY 1, 2018



# MARTIN ENERGY SERVICES

## 2018 SCHEDULE OF RATES – USED OIL / FILTERS

Three Riverway, Suite 400 • Houston, TX 77056
Phone: (713) 350-6800 • Fax: (713) 350-6883

**RATES APPLICABLE AT ALL MES LOCATIONS**

### OILY TRASH

**FILTER & RAG DRUMS**    $100.00/Drum

### USED OIL

$ 0.70/gallon

**Note**
- Additional disposal fee plus 15% handling charge may be applicable in addition to above rates
- Charges are due upon delivery of empty container
- Tote tank number required on all paperwork
- Minimum Charges based on 550 Gallons for tote tank and 55 Gallons for drum
- Less than 10% BS&W
- For water disposal please contact Carl DiMario at (215) 439-7239

**RATES ARE SUBJECT TO REVISION WITHOUT NOTICE EFFECTIVE DATE: MAY 1, 2018**



# MARTIN ENERGY SERVICES

# 2018 SCHEDULE OF RATES – DISPOSAL AND RECYCLING RATES

1707 EVANGELINE ROAD, JENNINGS, LA 70546
Phone: (337) 785-3445 • Fax: (903) 988-7903
MESEnvironmental@martinmlp.com

**RATES APPLICABLE AT ALL MES LOCATIONS**

| DESCRIPTION | COST |
|---|---|
| **USED OIL / USED COOKING OIL / OILY WASTE WATER / OILY WASTE** <br> **(rags, pads, absorbents, filters)** | |
| 550 gal tote tank for used oil | $ 385.00 for tote, trans & used oil recycling <br> $ 6.00/day tote rental after first 15 days |
| 55 gal black poly drum for Oily Filter & Rags | $ 100.00/ea. (for drum, trans and recycling) |
| 55 gal yellow metal drum for Cooking Oil | $ 75.00/ea. (for drum, trans and recycling) |
| 3 cubic yard **certified** box oily rags, filters, sorbents | $ 1150.00/box for recycling |
| (Box holds approx. 12 drums worth of oily materials <br> Box dimensions: 48" x 48" x 56"/400 lbs) | $ 475.00/month rental |
| Oily Water/Bilge Water Disposal | $ 1.25/Gallon (if > 10% $H_2O$ in Used Oil Tote) <br> *Quoted per project |

All above prices include container, recycling charges, manifests and freight (**other than hot shot**)

**For recycling/disposal**, the final charges denote an **estimated** amount. The final cost will be determined once the material is received by the permitted recycle/disposal facility. Below are your product codes and costs per pound for Universal Waste. This cost does **not** include transportation unless notated.

## UNIVERSAL WASTE:
### Used Lamps / Used Batteries / Universal Waste Shipping Containers

| | |
|---|---|
| 6 ½ gal black poly pail for shipping Alkaline batteries | $ 35.00/ea. |
| 55 gal black poly open top drum for shipping | $ 45.00/ea. |
| Alkaline batteries | Recycling  $1.88/lb. plus trans |
| 55 gal black poly drum for shipping lead/acid batteries | $ 45.00/ea. <br> $ 1.68/lb. plus trans |
| 6 ½ gal black poly pail for shipping Ni-Cad batteries | $ 35.00/ea. |
| 55 gal black poly open top drum for shipping <br> Ni-Cad batteries | $ 45.00/ea. <br> Recycling  $1.88/lb. plus trans |
| 6 ½ gal black poly pail for shipping Lithium batteries | $ 35.00/ea. |
| 55 gal black poly open top drum for shipping | $ 45.00/ea. |
| Lithium batteries | $ 12.00/lb. plus trans |
| 36" x 36" x 36" cubic yard box for large batteries | $ 225.00/ea. (Clean Pak XL) |
| 4 foot cardboard container for recycling intact <br> Universal Waste Fluorescent Lamps | $ 476.80/4 foot container <br> **(freight/recycling included)** |

### MATERIAL / CONTAINER CHARGES

| | |
|---|---|
| 36" x 36" x 36" cubic yard box for large batteries | $ 225.00/ea. (Clean Pak XL) |
| 95 gal overpack drum | $ 225.00/ea. |
| 55 gal black metal open-top drum for shipping haz/ nonhaz waste paint, thinner, liquids. | $ 45.00/ea. |
| 55 gal metal bung hole/closed-top drum | $ 45.00/ea. |
| 55 gal black poly open-top drum | $ 45.00/ea. |
| 55 gal black poly bung hole/closed-top drum | $ 45.00/ea. |
| 6 ½ gal black poly pail | $ 35.00/ea. |
| 275 Gal poly tote | $ 175.00/ea. |

### HAZARDOUS WASTE / INDUSTRIAL NONHAZARDOUS WASTE / SPEICAL WASTE

**Disposal cost for materials meeting fuel blending criteria are <u>estimated</u> amounts, based on solid content, and will be invoiced <u>as received</u> by the receiving facility:**

| | |
|---|---|
| Liquids for fuels blending | $ 150.00/drum |
| Dispersible sludges for fuels blending | $ 275.00/drum |
| Non dispersible sludges for fuels blending | $ 550.00/drum |
| Non processable solids for fuels blending | $ 600.00/drum |
| Materials that do not meet fuel criteria must be incinerated | $ 825.00/drum |
| **<u>Hazardous solids</u> for incineration** | $ 825.00/55 gal drum |
| **<u>Hazardous liquids</u> for incineration** | $ 600.00/55 gal drum |
| **<u>Non-hazardous solids</u> for landfill** (i.e. sandblast sand) in cubic yard bags | $ 275.00/bag |
| **<u>Non-hazardous liquids</u> for solidification and landfill** | $ 250.00/55 gal drum |

\* Begninning on January 1, 2017 at 15% Environmental/Waste Management charge may be applied to the above hazardous/nonhazardous/special waste cost for certain TSDFs utilized by Martin Energy Services.  The Environmental-Waste Water Management Charge is only for specific TSDFs, not applied to all TSDFs utilized, and not a tax or surcharge imposed by or remitted to any governmental agency.  Contact MESEnvironmental@martin.mlp.com to receive a list of TSDFs whom the additional 15% Environmental/Waste Water Management Charge will be applied for.

• **If drums are shipped in overpacks the cost will include an additional 1.5x cost fee.  (ex: $150.00 x 1.5 = $225.00)**

• Please note that the above prices **do <u>not</u> include transportation.**

<u>**ENVIRONMENTAL SURCHARGE - All projects subject to a 3% gross surcharge for compliance, Record Retention and Document Control**</u>

HOUSTON, TX
THREE RIVERWAY, SUITE 400
HOUSTON, TEXAS 77056
OFFICE  (713) 350-6800
FAX      (713) 350-6870

NEW ORLEANS, LA
3421 N. CAUSEWAY BLVD., SUITE 502
METAIRIE, LOUISIANA 70002
OFFICE  (504) 832-8600
FAX      (504) 832-8625

**RATES ARE SUBJECT TO REVISION WITHOUT NOTICE EFFECTIVE
DATE:  MAY 1, 2018**