**United States Coast Guard**  
United States Coast Guard  
Sector New Orleans  
New Orleans, LA 70114  
Phone: (504) 365-2544  
Fax: (504) 365-2510  
Email: sccnola@uscg.mil

16200  
February 6, 2020

Master, M/V DONNA J. BOUCHARD  
ON: 1257374  
Bouchard Transportation  
58 South Service Rd, Suite 150  
Melville, NY 11747

## CAPTAIN OF THE PORT ORDER 075-20

On February 5th, 2020 my office received notification that the DONNA J. BOUCHARD (ON: 1257374) was found within the New Orleans Captain of the Port zone with the following issues: 1) without properly functioning emergency electrical system and is unable to power both steering pumps with two sources of electrical power, as required by 46 CFR 143.585(j) and 2) a planned departure, with no planned relief, of licensed officers that are required by your vessel's Certificate of Inspection. I deem that this vessel poses a serious risk to the safety and security of the port of New Orleans.

As Captain of the Port (COTP), under Title 46, United States Code, Section 7001(46 U.S.C. 7001) and Title 33, Code of Federal Regulations, Part 6 (33 C.F.R. 6), I hereby direct you to locate a dock, subject to the Marine Transportation Safety Act regulations, and moor your vessel until required repairs are completed and relief crewmembers are provided. You are to report your plan to our office by 0800, local time, February, 7th, 2020.

This order is given to you under the authority of the Ports and Waterways Safety Act (46 U.S. Code, Chapter 700) and the regulations promulgated there under (33 CFR 160). Failing to comply with the provisions of this order subjects you to a civil penalty for each violation. Each day of a continuing violation shall constitute a separate violation. Any person who willfully and knowingly violates this order may be fined or imprisoned for committing a Class D felony. Your vessel may be seized and held liable for any monetary assessments.

Any person directly affected by this order may request reconsideration orally or in writing. You also have the right to appeal this order to the Commander, Eighth Coast Guard District. Appeals must be submitted to the Captain of the Port in writing. The appeals process contained in 33 C.F.R. § 160.7 has been adopted for purposes of this Order.

If you have any questions, or would like additional information, please contact the Sector New Orleans Command Center at (504) 365-2544, by fax at (504) 365-2510, or e-mail sccnola@uscg.mil.

Sincerely,

*K. M. Luttrell*

K. M. LUTTRELL  
Captain, U.S. Coast Guard  
Captain of the Port, New Orleans, LA


EXHIBIT D