UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOLLINGER AMELIA REPAIR, LLC, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00370 |
| | § | |
| BOUCHARD TRANSPORTATION CO., INC., *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiff Bollinger Amelia Repair, LLC's "Motion For Expedited Hearing on Motion for Interlocutory Sale of Vessel" (D.E. 30) is GRANTED. The hearing is set for **Wednesday, February 26, 2020 at 3:00 p.m**. Before the hearing, Plaintiff must consult with all other interested parties, including those in related cases 2:19-cv-00368 and 4:19-cv-04807, and submit an update to the Court regarding any opposition to the motion for interlocutory sale (D.E. 27).

ORDERED this 18th day of February, 2020.

_____
Julie K. Hampton
United States Magistrate Judge