United States District Court
Southern District of Texas
**ENTERED**
March 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOLLINGER AMELIA REPAIR, LLC, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-370 |
| | § § | |
| BOUCHARD TRANSPORTATION CO., INC., *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER DIRECTING NOVUM ENERGY TRADING INC. TO IMMEDIATELY CEASE IMPROPER CONTACT WITH THE COURT

On this day, the Court's chambers and Court's case manager have fielded multiple phone calls throughout the entire day from an associate of Novum Energy Trading, Inc. seeking an immediate ruling on its pending Opposed Motion for Leave to Intervene in this case (D.E. 33).[1] Such contact with the Court is improper. Further, there has been no response by any party in this case to the opposed motion and the time for the parties to answer is up to and including Friday, March 13, 2020. L.R. 7.3 and 7.4.

There will be no direct communication with the United States District Judge or United States Magistrate Judge. Communications must be submitted in writing to the Clerk of the Court with copies to the other party/parties. See Fed. R. Civ. P. 5(a) and 11.

Novum Energy Trading, Inc. is **DIRECTED** to familiarize itself with the local

---

[1] The court notes this is an **opposed** motion filed by Novum Energy Trading Inc., although in its proposed order, Novum Energy Trading Inc. incorrectly labels the order as unopposed.

rules applicable to the practice of law in the Southern District of Texas. Novum Energy Trading, Inc. is **FURTHER ORDERED** to cease its improper contact with the court.

ORDERED this 12th day of March, 2020.

_____
Julie K. Hampton
United States Magistrate Judge