Case 2:19-cv-00370   Document 50   Filed on 03/24/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BOLLINGER AMELIA REPAIR, LLC, § § Plaintiff, § VS. § BOUCHARD TRANSPORTATION CO., § INC., *et al*, § § Defendants. § | CIVIL ACTION NO. 2:19-CV-370 |

### ORDER ON NOVUM ENERGY TRADING INC.'S UNOPPOSED JOINDER OF BOLLINGER AMELIA REPAIR, LLC'S MOTION TO APPOINT MARTIN ENERGY SERVICES, LLC AS SUBSTITUTE CUSTODIAN

IT IS HEREBY **ORDERED** that Plaintiff-In-Intervention Novum Energy Trading Inc.'s ("Novum") Unopposed Joinder of Bollinger Amelia Repair, LLC's Motion to Appoint Martin Energy Services LLC as Substitute Custodian (D.E. 47) is **GRANTED**.

IT IS FURTHER **ORDERED** that the United States Marshal hereby is authorized to serve U.S. flag tug M/V Barbara E. Bouchard, IMO 9053141, and U.S. flag barge B No. 240, IMO 8646848 (the "Vessel") substitute custodian, Martin Energy Services, LLC ("Martin"), and, that the United States Marshal, shall be in all respects discharged from all duties and responsibilities for the safekeeping of the Vessel.

IT IS FURTHER **ORDERED** that Novum shall hold harmless and indemnify the United States Marshal from any and all liability or responsibility for claims arising out of the arrest and attachment of the Vessel.

IT IS FURTHER **ORDERED** that Novum shall pay for its share of custodial costs incurred by the substitute custodian as *custodia legis* as ordered by the court.

IT IS FURTHER **ORDERED** that any and all unused money deposited to the U.S. Marshal by Novum shall be refunded to Novum.

ORDERED this 24th day of March, 2020.

_____
Julie K. Hampton
United States Magistrate Judge