UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BOLLINGER AMELIA REPAIR, LLC, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> BOUCHARD TRANSPORTATION CO., INC., *et al*, <br><br> Defendants. | § § § § § § § § § § § § § |

CIVIL ACTION NO. 2:19-CV-370

### ORDER GRANTING THE UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE OF BOLLINGER AMELIA REPAIR, LLC'S MOTION FOR INTERLOCUTORY SALE OF VESSEL

Having considered Bouchard Transportation Co., Inc.'s Unopposed Motion to Continue Submission Date of Bollinger Amelia Repair, LLC's Motion for Interlocutory Sale of Vessel (D.E. 67), the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the submission of Bollinger Amelia Repair, LLC's Motion for Interlocutory Sale of Vessel is continued until June 25, 2020.

ORDERED this 18th day of June, 2020.

_____
Julie K. Hampton
United States Magistrate Judge