United States District Court
Southern District of Texas
**ENTERED**
July 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOLLINGER AMELIA REPAIR, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-370 |
| | § | |
| BOUCHARD TRANSPORTATION CO., | § | |
| INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 81). The M&R recommends that both motions for interlocutory sale (D.E. 58, D.E. 65) be granted and that the Court schedule a sale of the *M/V Barbara E. Bouchard* and the Barge B No. 240, as a unit, no less than sixty (60) nor more than ninety (90) days following the date of the order for interlocutory sale. (D.E. 81, p. 7). Defendants filed objections to the M&R. (D.E. 84).

Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Defendants' objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Defendants' objections (D.E. 84). *See also* FED. R. CIV. P. 72(b). Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 81).

(2) Plaintiffs Bollinger Amelia Repair, LLC, Novum Energy Trading Inc., Tugz Company LLC, and Steelstran Industries, Inc. are **ORDERED** to file a single proposed order by **Monday, August 3, 2020** for the interlocutory sale of the *M/V*

*Barbara E. Bouchard* and the Barge B No. 240, together as a unit. The sale is to take place ninety (90) days from the date the order is signed.

(3) Defendants may file objections, if any, to the proposed order by **Thursday, August 6, 2020.**

SIGNED and ORDERED this 30th day of July 2020.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE