United States District Court
Southern District of Texas

**ENTERED**
August 18, 2020
David J. Bradley, Clerk

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Tugz Company, LLC Steelstran Industries, Inc. )
_____ )
Intervening *Plaintiff* )
v. ) Civil Action No. 2:19-cv-00370
Bouchard Transportation Co., Inc., et al )
_____ )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ Intervening the plaintiff *(name)* Steelstran Industries, Inc. _____ recover from the defendant *(name)* Bouchard Transportation Co., Inc. _____ the amount of Thirteen Thousand Seven Hundred Sixty-One and 60/100 dollars ($ 13,761.60 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of 0.15 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David S. Morales _____ on a motion for Final Summary Judgment.

Date: 8/18/20

CLERK OF COURT

*Signature of Deputy Clerk*